No. 6807.—BUSQUETS, ET AL., apltes., v. CORTE MUNICIPAL DE SAN JUAN, SECCIÓN SEGUNDA, y SUCN. RIERA, apldos.—C. D. San Juan. ■■■■■■■■■ Diciembre 18, 1934.

(Por la Corte, a propuesta del Juez Asociado Sr. Wolf.)

POR CUANTO, la Corte Municipal de San Juan resolvió un procedimiento de desahucio en contra del demandado apelante y ordenó su lanzamiento;

POR CUANTO, se presentó un recurso de *certiorari* ante la Corte de Distrito de San Juan, alegándose varios errores de procedimiento;

POR CUANTO, al momento de oír la moción de desestimación presentada en este caso la parte apelante no había radicado su alegato ni oposición alguna a dicha moción;

POR CUANTO, cuando se presenta una excepción previa a la de-

manda la regla es que la resolución de tal excepción no envuelve cuestión de jurisdicción o procedimiento y la parte apelante no nos convence de que cae fuera de dicha regla;

POR CUANTO, la corte inferior se fundó también en que el recurso de *certiorari* no es el modo de revisar una sentencia dictada por una Corte Municipal cuando procede el recurso de apelación, y la parte apelante deja de convencernos de que la ameritada corte de distrito está equivocada en este caso;

POR TANTO, a instancias de la parte apelada se desestima el recurso interpuesto por los peticionarios.